FELICIA C. CURRAN, State Bar No.131526
LAW OFFICES OF FELICIA C. CURRAN
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone:	(510) 588-7535
Facsimile:	(510) 987-7575
email: felicia@feliciacurranlaw.com

JOHN H. SCOTT, State Bar No. 72578
LIZABETH N. DE VRIES, State Bar No. 227215
THE SCOTT LAW FIRM
1388 Sutter St Ste 715
San Francisco, CA 94109
Telephone:  (415) 561-9603
Fax Number:  (415) 561-9609
email: john@scottlawfirm.net
email: liza@scottlawfirm.net

Attorneys for Plaintiff
KATRINA MAJOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MAJOR, | Case No. C-14-02621 EMC |
| Plaintiff, | **PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE FOR COMPLETING INITIAL DEPOSITIONS AND ADR** |
| vs. | |
| CGI FEDERAL, INC., et al. | |
| Defendants. | |

Pursuant to the parties' Stipulation to Continue Further Case Management Conference and Extend Deadline for Completing Initial Depositions and ADR, and good cause appearing,

It is hereby ordered that the parties shall complete ADR proceedings on or before June 1, 2015; that prior to mediation, Plaintiff may take 3 depositions, and Defendant may take Plaintiff's deposition. Written discovery shall be limited to focused discovery necessary to facilitate mediation, and any further discovery shall be taken pursuant to further order of the Court or stipulation. The

1

Case No. C-14-02621 EMC – PROPOSED ORDER TO EXTEND ADR COMPLETION

1  case management conference scheduled for April 14, 2015 at 10:30 a.m. is hereby vacated and
2  continued to ____June 11____ 2015 at __10:30__.a.m.
3       IT IS SO ORDERED.
4  Dated:   3/19/15



HONORABLE _____
UNITED STATES DISTRICT JUDGE
OF THE NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF ALAMEDA ) ss.

   I am a citizen of the United States of America, employed in the County of Alameda, State of California; I am over the age of 18 years and not a party to the within entitled action; my business address is 1999 Harrison Street, Suite 1350, Oakland, California, 94612.

   On March 16, 2015, I served the documents, described as:

**PROPOSED ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE FOR COMPLETING INITIAL DEPOSITIONS AND ADR**

on the interested parties to said action by the following means:

[]   (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the Law Offices of Felicia C. Curran, Oakland, California, addressed as shown below.  I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

[ ]   (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as shown below.

[ ]   (By Personal Service)  By personally delivering a true copy thereof, enclosed in a sealed envelope, to the addressees shown below.

[ ]   (By Hand Delivery)  By causing a true copy thereof, enclosed in a sealed envelope, to be Delivered by hand to the addresses shown below –.

[ ]   (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges prepaid, to be sent by Fed Ex, addressed as shown below.

[]   (By Facsimile Transmission) By transmitting a true copy thereof by facsimile transmission from facsimile number (510) 987-7575, to the interested parties to said action; the transmission was reported as complete and without error –

1  [ **X** ]   (By Electronic Transmission)  By transmitting a pdf copy thereof by electronic transmission from e-mail address felicia@feliciacurranlaw.com to the interested parties to said action; the transmission was reported as complete and without error, and a copy of the transmission report is attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 16, 2015,  at Oakland, California.

/s/_____
FELICIA C. CURRAN

1 **PROOF OF SERVICE LIST:**

2 Cassandra H. Carroll, SBN 209123
Seyfarth Shaw LLP
3 560 Mission Street, 31st Floor
San Francisco, CA 94105
4 telephone: (415) 397-2823
fax:          (415) 397-8549
5
Kristina M. Launey, SBN 221335
6 Seyfarth Shaw LLP
400 Capitol Mall, Suite 2350
7 Sacramento, CA 95814
telephone:   (916) 448-0159
8 fax:          (916) 558-4839

9 Attorneys for defendant CGI FEDERAL, INC.

Case No.  C-14-02621 EMC – PROPOSED ORDER TO EXTEND ADR COMPLETION