| | |
|---|---|
| SEYFARTH SHAW LLP<br>Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com<br>Courtney K. Bohl (SBN 278812)<br>cbohl@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone:   (916) 448-0159<br>Facsimile:   (916) 558-4839 | LAW OFFICE OF FELICIA CURRAN<br>Felicia C. Curran (SBN 131526)<br>Felicia@feliciacurranlaw.com<br>1999 Harrison Street, Suite 1350<br>Oakland, California 94612<br>Telephone: (510) 588-7535<br>Facsimile: (510) 987-7575 |
| SEYFARTH SHAW LLP<br>Cassandra H. Carroll (SBN 209123)<br>ccarroll@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:   (415) 397-2823<br>Facsimile:   (415) 397-8549 | THE SCOTT LAW FIRM<br>JOHN H. SCOTT, State Bar No. 72578<br>LIZABETH N. DE VRIES, State Bar No. 227215<br>liza@scottlawfirm.net<br>1388 Sutter St Ste 715<br>San Francisco, CA 94109<br>Telephone:  (415) 561-9603<br>Fax Number:  (415) 561-9609 |
| Attorneys for Defendant<br>CGI FEDERAL INC. | Attorneys for Plaintiff<br>KATRINA MAJOR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MAJOR,<br><br>   Plaintiff,<br><br> v.<br><br>CGI FEDERAL, INC., and DOES 1-50 INCLUSIVE,<br><br>   Defendant. | Case No. 3:14-cv-02621-EMC<br><br>**JOINT STATUS REPORT**<br><br>Date:  June 11, 2015<br>Time: 10:30 a.m.<br>Place: Ctrm. 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

The parties to the above-entitled action, by and through their counsel of record, jointly submit this JOINT STATUS REPORT.

On June 1, 2015 at 9:00 a.m., the parties attended a mediation at JAMS in San Francisco before mediator Hon. Edward Infante. In attendance were plaintiff Katrina Major and her attorneys, Felicia Curran of the Law Office of Felicia C. Curran, and John Houston Scott and Lizabeth N. de Vries of the

1  Scott Law Firm.  Also in attendance were defendant CGI Federal Inc., Keith Fischler, Esq. and Kristina

2  Launey, Esq. and Cassandra Carroll, Esq. from Seyfarth Shaw LLP.  The mediation ended at

3  approximately 2:00 p.m. The case did not settle.  The parties have a phone caucus scheduled with Judge

4  Infante to resume efforts to settle the case on June 15, 2015 at 8:30 a.m.

DATED: June 3, 2015              Respectfully submitted,

SEYFARTH SHAW LLP


By:   /s/ Courtney K. Bohl
      Kristina M. Launey
      Cassandra H. Carroll
      Courtney K. Bohl
Attorneys for Defendant
CGI FEDERAL INC.

DATED: June 3, 2015              Respectfully submitted,

LAW OFFICE OF FELICIA C. CURRAN
THE SCOTT LAW FIRM



By:   /s/ Felicia C. Curran
      Felicia C. Curran
Attorneys for Plaintiff
KATRINA MAJOR

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

```
IT IS SO ORDERED that the status
conference is reset for 7/2/15
at 10:30 a.m.  An updated joint
status report shall be filed by
6/25/15.
_____
Edward M. Chen, U.S. District Judge
```

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Courtney K. Bohl
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtney K. Bohl

IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen