| | |
|---|---|
| SEYFARTH SHAW LLP<br>Kristina M. Launey (SBN 221335)<br>klauney@seyfarth.com<br>Courtney K. Bohl (SBN 278812)<br>cbohl@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California  95814-4428<br>Telephone:     (916) 448-0159<br>Facsimile:      (916) 558-4839 | LAW OFFICE OF FELICIA CURRAN<br>Felicia C. Curran (SBN 131526)<br>Felicia@feliciacurranlaw.com<br>1999 Harrison Street, Suite 1350<br>Oakland, California 94612<br>Telephone: (510) 588-7535<br>Facsimile: (510) 987-7575 |
| SEYFARTH SHAW LLP<br>Cassandra H. Carroll (SBN 209123)<br>ccarroll@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California  94105<br>Telephone:     (415) 397-2823<br>Facsimile:      (415) 397-8549 | THE SCOTT LAW FIRM<br>JOHN H. SCOTT,  State Bar No. 72578<br>LIZABETH N. DE VRIES, State Bar No. 227215<br>liza@scottlawfirm.net<br>1388 Sutter St Ste 715<br>San Francisco, CA 94109<br>Telephone:  (415) 561-9603<br>Fax Number:  (415) 561-9609 |
| Attorneys for Defendant<br>CGI FEDERAL INC. | Attorneys for Plaintiff<br>KATRINA MAJOR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MAJOR,<br><br>             Plaintiff,<br><br>     v.<br><br>CGI FEDERAL, INC., and DOES 1-50 INCLUSIVE,<br><br>             Defendant. | Case No. 3:14-cv-02621-EMC<br><br>**NOTICE OF SETTLEMENT** |

1  Plaintiff Katrina Major and Defendant CGI Federal, Inc. by and through their undersigned
2  counsel submit this joint notice of settlement.  As of June 26, 2015, the parties reached a settlement in
3  principle.  The parties are working to finalize a settlement agreement that will memorialize the terms of
4  settlement.  They anticipate the settlement agreement will be fully executed within two weeks' time and
5  that a Request for Dismissal with prejudice will be filed shortly thereafter.  The parties respectfully
6  request that the Case Management Conference scheduled for July 2, 2015 at 10:30 a.m. be continued to
7  August 27, 2015 at 10:30 a.m.

DATED: June 29, 2015                     Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By:   /s/ Courtney K. Bohl
                                              Kristina M. Launey
                                              Cassandra H. Carroll
                                              Courtney K. Bohl
                                          Attorneys for Defendant
                                          CGI FEDERAL INC.

DATED: June 29, 2015                     Respectfully submitted,

                                          LAW OFFICE OF FELICIA C. CURRAN
                                          THE SCOTT LAW FIRM

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge

                                          By:   /s/ Lizabeth N. de Vries
                                              Lizabeth N. de Vries
                                              Attorneys for Plaintiff
                                              KATRINA MAJOR

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                       ___/s/ Courtney K. Bohl_____
                                         Courtney K. Bohl

*IT IS SO ORDERED*
*Judge Edward M. Chen*