Felicia C. Curran, State Bar No. 131526
LAW OFFICES OF FELICIA C. CURRAN
1999 Harrison Street, Suite, 1350
Oakland, CA  94612
Telephone: 9510) 588-7535
Facsimile: (510) 987-7575
Email: Felicia@feliciacurranlaw.com

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Courtney K. Bohl (SBN 278812)
cbohl@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

John H. Scott, State Bar No. 72578
Lizabeth N. de Vries, State Bar No. 227215
THE SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA  94109
Telephone: (415) 561-9603
Facsimile: (415) 561-9609
email: john@scottlawfirm.net
liza@scottlawfirm.net

SEYFARTH SHAW LLP
Cassandra H. Carroll (SBN 209123)
ccarroll@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendant
CGI FEDERAL INC.

Attorneys for Plaintiff
KATRINA MAJOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MAJOR,<br><br>           Plaintiff,<br><br>     v.<br><br>CGI FEDERAL, INC.,<br><br>           Defendant. | Case No. 3:14-cv-02621-EMC<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT** |

///

///

///

///

///

1  IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c)(2), by Plaintiff Katrina Major ("Plaintiff") and Defendant CGI Federal Inc. ("CGI"), through their respective counsel of record, that this entire action and each and every claim therein are hereby dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: August 11, 2015                    Respectfully submitted,

                                          LAW OFFICE OF FELICIA CURRAN


                                          By:  s/ Felicia Curran
                                               Felicia Curran
                                          Attorneys for Plaintiff
                                          KATRINA MAJOR

DATED: August 11, 2015                    SCOTT LAW FIRM


                                          By:  s/ Lizabeth N. deVries
                                               Lizabeth N. deVries
                                          Co-Counsel for Plaintiff
                                          KATRINA MAJOR

DATED: August 11, 2015                    SEYFARTH SHAW LLP


                                          By:  s/ Courtney K. Bohl
                                               Kristina M. Launey
                                               Cassandra H. Carroll
                                               Courtney K. Bohl
                                          Attorneys for Defendant
                                          CGI FEDERAL INC.

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District

*IT IS SO ORDERED — Judge Edward M. Chen (signature stamp)*

///

///

///

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Courtney K. Bohl, attest that concurrence in the filing of this Stipulation has been obtained from the signatories, Felicia Curran and Lizabeth N. deVries, counsel for Plaintiff. Executed this 11th day of August 2015, in Sacramento, CA.

                                               s/ Courtney K. Bohl
                                                  Courtney K. Bohl